**MARYLAND CASUALTY COMPANY v JOHN F. REES COMPANY**

Ohio Appeals, 2nd Dist, Franklin Co

No 3374. Decided June 5, 1941

Welles, Kelsey, Cobourn & Harrington, Toledo, and C. C. Crabbe, Garek & Sillman, Columbus, for plaintiff-appellee, Maryland Casualty Co., and for the motion.

L. Maxwell Maher, Columbus, and Luther L. Boger, Columbus, for defendant-appellant, The John F. Rees Co., and contra the motion.

## OPINION

BY THE COURT:

Submitted on motion of plaintiff-appellee to dismiss the appeal "for the reason that the same is not within the jurisdiction of this Court, as the order of the Common Pleas Court from which the appeal is purportedly taken is not a final order affecting any substantial right of the defendant-appellant, The John F. Rees Company".

The question presented is, Is an order vacating a judgment of dismissal after term and reinstating the case a final order. We are of the opinion that it is. **Dunlevy, Sr. et v Fidelity Ass'n. et, 32 Abs 493**, and cases therein cited. See also **Braden v Hoffman, 46 Oh St 639**.

Motion will be overruled.

GEIGER, PJ., BARNES and HORNBECK, JJ., concur.